ACCEPTED
03-14-00454-CR
3867091
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 3:47:33 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00454-CR

| | | |
|---|---|---|
| CLIFTON CREWS HOYT | IN THE | FILED IN |
| | | 3rd COURT OF APPEALS |
| V. | THIRD COURT OF APPEALS | AUSTIN, TEXAS |
| | | 1/22/2015 3:47:33 PM |
| THE STATE OF TEXAS | AUSTIN, TEXAS | JEFFREY D. KYLE |
| | | Clerk |

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Driving While Intoxicated, 3rd or more, a Third Degree felony enhanced to a Second Degree felony, and the Judge assessed punishment at 12 years confinement in the Texas Department of Criminal Justice on June 11, 2014. Appellant filed a Notice of Appeal on July 22, 2014. Appellant's brief was filed on November 20, 2014. The State's brief is currently due on December 22, 2014.

II.

The State has previously requested an extension in this case which was granted by the Court on December 19, 2014.

III.

The State requests this extension of time due to the following: Counsel for the State was out of the office for two weeks from December 20, 2012 to January 4, 2015 for vacation and holiday time. Additionally, Counsel for the State has been involved in prosecution of cases including preparation for contested hearing, pretrial hearings, grand jury case review, negotiations with opposing counsel, guilty pleas and other hearings in additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of thirty (30) days to February, 22, 2015, in which to file State's Brief.

Respectfully submitted,



Richard Villarreal
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
(325) 659-6583
State Bar No. 00797602

SWORN TO AND SUBSCRIBED before me by the said Richard Villarreal, this 19th day of January, A. D. 2015.

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 19th day of January, 2015, delivered to John Thomas Floyd III and Christopher M. Choate, Attorneys for Appellant, through e-file .txcourts.gov

Richard Villarreal